In the United States District Court

for the _____ District of __Massachusetts__

United States of America

v.

__Phuc Doan__

Criminal No. 14cr 10219 RGS

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, __Phuc Doan__, defendant, have been informed that a __information__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead __guilty__ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the __Northern__ District of __Texas__ in which I __am held__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __June 18__, __2014__ at __Fort Worth__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

Approved RM Stearn DJ 7-22-14.

_____
United States Attorney for the
District of
Massachusetts

_____
United States Attorney for the
Northern District of
Texas

FORM USA-153
SEP 82